MARY ALEXANDER ET AL., APPELLANTS, v. ANNA MARECH, RESPONDENT.

Submitted October 25, 1935—Decided January 31, 1936.

For the appellants, *Elias G. Willman.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—HEHER, J. 1.